IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>KAREN SUE CRUTCHFIELD<br><br>    Debtor | Case No. 19-11993-RAG<br>Chapter 13 |
| SELECT PORTFOLIO SERVICING, INC. AS SERVICER FOR U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE2, ASSET-BACKED CERTIFICATES SERIES 2006-HE2<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119<br><br>    Movant<br>v.<br><br>KAREN SUE CRUTCHFIELD<br>626 Charraway Road<br>Baltimore, MD 21229<br><br>    Respondents | Motion No. |

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000

FILE NUMBER: 73798

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Select Portfolio Servicing, Inc. as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about February 15, 2019, Karen Sue Crutchfield ("Debtor") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Nancy Spencer Grigsby is the Chapter 13 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtor owned a parcel of fee simple real estate improved by a residence with a legal description of "All that lot of ground situate in Baltimore City, Maryland, and described as follows,

that is to say:

Beginning for the same on the Northwestern side of Charraway Road, 50 feet wide, at a distance of 375.66 feet Southwesterly measured along the Northwestern side of Charraway Road from the Southwestern side of Williston Street, 50 feet wide, which place of beginning is at a point in line with the center line of a partition wall there erected, and running thence Southwesterly binding on the Northwestern side of Charraway Road for the distance of 18 feet to a point in line with the center line of another partition wall there erected, thence running Northwesterly to, through and along the center line of said last mentioned partition wall to the end thereof and continuing the same course in all 100 feet to the Southeastern side of an alley 16 feet wide there situate, thence running Northeasterly binding on the Southeastern side of said alley with the use thereof in common with others 18 feet to meet a line drawn Northwesterly from the place of beginning, to, through and along the center line of the partition wall first above mentioned in this description, thence running Southeasterly reversing said line so drawn and binding thereon 100 feet to the place of beginning." also known as 626 Charraway Road, Baltimore, MD 21229 (hereinafter "the subject property").

    5.  The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. The documents evidencing the movant's security interest are attached hereto.

    6.  The total amount due under the Deed of Trust securing the Movant as of June 6, 2019, including attorney's fees and court costs, is approximately $121,597.53.

    7.  The Debtor is in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

    8.  The Debtor has not made post-petition payments for the months of April 1, 2019 through June 1, 2019, and equity in the Debtor's residence is dissipating.

    9.  The Movant lacks adequate protection of its interest in the subject property.

    10.  The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

    11.  Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

    12.  The subject property is not necessary for an effective reorganization.

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 73798

    WHEREFORE, the Movant, Select Portfolio Servicing, Inc. as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates Series 2006-HE2 its successors and/or assigns, respectfully requests that this Honorable Court:

    1.  Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 626 Charraway Road, Baltimore, MD 21229; and

    2.  Grant such other and further relief as may be just and necessary.

                                       /s/ Mark D. Meyer, Esq.
                                       Mark D. Meyer, Esq.
                                       Federal Bar 15070

                                       Rosenberg & Associates, LLC
                                       4340 East West Highway, Suite 600
                                       Bethesda, MD 20814

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 73798

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of June, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby, Trustee

Kim D. Parker, Esquire

  I hereby further certify that on the 12th day of June, 2019, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Karen Sue Crutchfield
626 Charraway Road
Baltimore, MD 21229

            /s/ Mark D. Meyer, Esq.
            Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 73798