SPS Select Portfolio Servicing, inc.

Loan Number: 5781
Preparation Date: 06/06/2019
Prepared By: DileepkumaVe

# MFR Post-Petition Payment History for Filing

| Loan Information | |
|---|---|
| Loan Number | 5781 |
| Debtors Name - 1 | CRUTCHFIELD, KAREN |
| Debtors Name - 2 | - |
| Property Address | 626 CHARRAWAY RD |
| Property State | MD |

| Bankruptcy Information | |
|---|---|
| Bankruptcy Case # | 19-11993 |
| Filing Date | 02/15/2019 |
| Person filing | KAREN CRUTCHFIELD |
| Number of previous filings | 1 |

| Post Petition Default Information | |
|---|---|
| Post petition due date | 04/01/2019 |
| Post petition amount due | $2,152.71 |
| Escrow Shortage | $0.00 |
| Suspense | ($0.43) |
| Total Post petition due | $2,152.28 |

| Post Petition Payment History | | | | |
|---|---|---|---|---|
| Post Pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
| 03/30/2019 | 03/01/2019 | $717.57 | $718.00 | |
| Due | 04/01/2019 | $717.57 | $0.00 | |
| Due | 05/01/2019 | $717.57 | $0.00 | |
| Due | 06/01/2019 | $717.57 | $0.00 | |
| Total Due | | $2,870.28 | | Total Pmts Due |
| Total Received | | | $718.00 | $2,152.71 |